UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

URIEL SHLUSH-REYNA, on behalf of themself and others similarly situated,

          Plaintiff,

   v.

417 THROOP BAR, LLC d/b/a THE COYOTE CLUB, 36 WYCKOFF LLC, d/b/a CAROUSEL, MYRTLE VILLAGE LLC, d/b/a BIRDY'S, ANDRES SIMMONS, and HOLLY (MACGIBBON) SIMMONS,

          Defendants.

-------------------------------------------------------------X

Case No.:
24-cv-6849

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff Uriel Shlush-Reyna accepts the Entity Defendants' Offer of Judgment of $10,000 in the above captioned action. The Entity Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 is attached hereto as Exhibit A. The Declaration of Michael DiGiulio is attached hereto as Exhibit B. A Proposed Judgment is attached hereto as Exhibit C.

Dated: New York, New York
      January 17, 2025

JOSEPH & KIRSCHENBAUM LLP
*Attorneys for Plaintiff*

By: *Mike DiGiulio*
    Michael DiGiulio
    32 Broadway, Suite 601
    New York, NY 10004
    Tel: (212) 688-5640

1