UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

URIEL SHLUSH-REYNA, on behalf of themselves and others similarly situated,

    **Plaintiff,**

 v.

417 THROOP BAR, LLC d/b/a THE COYOTE CLUB, 36 WYCKOFF LLC, d/b/a CAROUSEL, MYRTLE VILLAGE LLC, d/b/a BIRDY'S, ANDRES SIMMONS, and HOLLY (MACGIBBON) SIMMONS,

    **Defendants.**

-----------------------------------------------------------------X

Case No.:
24-cv-6849

## JUDGMENT

  WHEREAS, a notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 17, 2025; and Defendants 417 Throop Bar, LLC d/b/a The Coyote Club, 36 Wyckoff LLC, d/b/a Carousel, Myrtle Village LLC, d/b/a Birdy's (collectively, the "Entity Defendants") having offered Plaintiff Uriel Shlush-Reyna an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against the Entity Defendants in the amount of $10,000 inclusive of all damages, interest, costs, and attorneys' fees incurred by Plaintiff in litigating her claims to the date of this offer, with such offer being full and final satisfaction and resolution of all of Plaintiff's claims against all Defendants in the above-captioned actions arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action;

  WHEREAS, the offer of judgment includes releases of Plaintiff's claims against Defendants Andres Simmons, and Holly (MacGibbon) Simmons;

1

WHEREAS, the offer of judgment encompasses all of Plaintiff's claims against all Defendants in the above-captioned actions arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Uriel Shlush-Reyna against the Entity Defendants in the amount of $10,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in litigating their claims to the date of this offer. This Judgment is full and final satisfaction and resolution of all of Plaintiff's claims against all Defendants in the above-captioned actions arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York  
       January 21, 2025

BRENNA B. MAHONEY  
CLERK OF COURT

by: *Jalitza Poveda*  
    Deputy Clerk